AO 245D     Judgment in a Criminal Case for Revocations
(Rev. 12/19)  Sheet 1

# UNITED STATES DISTRICT COURT
## Middle District of Georgia

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| NEKOASE ANTWAN VINSON | Case No. 5:23-CR-00001-MTT-CHW(1) |
|  | USM No. 08768-088 |
|  | CLINTON ALAN WHEELER |
|  | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)   1, 4, & 5   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to refrain from violation of the law | 08/23/2024 |
| 4 | Failure to refrain from violation of the law | 08/23/2024 |
| 5 | Knowingly associating with a convicted felon | 08/23/2024 |

The defendant is sentenced as provided in pages 2 through   2  . The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated condition(s)  2 & 3  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.   3451

Defendant's Year of Birth:  1984

City and State of Defendant's Residence:
Macon, Georgia

May 12, 2025
Date of Imposition of Judgment

s/ Marc T. Treadwell
Signature of Judge

MARC T. TREADWELL
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

May 14, 2025
Date

AO 245D  Judgment in a Criminal Case for Revocations
Rev. 12/19)  Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: NEKOASE ANTWAN VINSON
CASE NUMBER: 5:23-CR-00001-MTT-CHW(1)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : Thirty-six (36) months to be served consecutively to the seventy-one (71) month imprisonment sentence imposed in 5:24-CR-64(MTT) this same date, for a TOTAL term of imprisonment of one hundred-seven (107) months.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL